IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SMARTER AGENT, LLC,<br>*Plaintiff* | §<br>§<br>§ | |
| -v- | § | W-19-CV-00182-ADA |
| REAL ESTATE WEBMASTERS, INC.,<br>*Defendants* | §<br>§<br>§<br>§ | |

# CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on September 14, 2021. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 14th day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

Note: Independent terms are in bold underline.

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "dynamically updated"<br><br>U.S. Patent No. 7,457,628, Cl. 15; U.S. Patent No. 9,754,317, Cl. **15**<br><br>Proposed by Defendant | Plain and ordinary meaning.<br><br>Alternatively, "currently updated" | **Meaning**: "updated to reflect changing weather conditions at a landmark"<br><br>**Scope**: "updated to reflect changing weather conditions at a landmark" | Plain-and-ordinary meaning |
| "automatically"<br><br>U.S. Patent No. 7,599,795, Cls. **1**, **19**, 22; U.S. Patent No. 8,473,199, Cls. 5, **19**, 22<br><br>Proposed by Defendant | Plain and ordinary meaning | **Meaning**: Plain and ordinary meaning<br><br>**Scope**: "without user intervention" | Plain-and-ordinary meaning |
| "directly"<br><br>U.S. Patent No. 7,457,628, Cls. **10**, **19**; U.S. Patent No. 8,442,550, Cl. **8**<br><br>Proposed by Defendant | Plain and ordinary meaning | **Meaning**: Plain and ordinary meaning<br><br>**Scope**: "from an initial origin to a final destination without passing through an intermediate location" | Plain-and-ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "information system"<br><br>U.S. Patent No. 7,457,628, Cl. **10**; U.S. Patent No. 8,442,550, Cls. **8**, 13, 14; U.S. Patent No. 9,183,584, Cls. **12**, 13; U.S. Patent No. 9,754,317, Cls. **15**, 17, 18; U.S. Patent No. 9,002,371, Cls. **1**, 5; U.S. Patent No. 9,754,333, Cl. **7**, 11<br><br>Proposed by Defendant | Plain and ordinary meaning<br><br>Alternatively, "a system in which information is stored." | **Meaning**: Plain and ordinary meaning<br><br>**Scope**: "a server" | Plain-and-ordinary meaning wherein the plain-and-ordinary meaning is "a system in which information is stored" |
| "review"<br><br>U.S. Patent No. 7,599,795, Cl. 22; U.S. Patent No. 8,473,199, Cl. **19**<br><br>Proposed by Defendant | Plain and ordinary meaning | **Meaning**: Plain and ordinary meaning<br><br>**Scope**: "critical appraisal intended for the guidance of consumers" | Plain-and-ordinary meaning |
| "substantially simultaneously"<br><br>U.S. Patent No. 7,599,795, Cl. 22; U.S. Patent No. 8,473,199, Cl. **19**<br><br>Proposed by Defendant | Plain and ordinary meaning | **Meaning**: Plain and ordinary meaning<br><br>**Scope**: Indefinite | Not indefinite. Plain-and-ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "being at"<br><br>U.S. Patent No. 9,183,584, Cl. **12**; U.S. Patent No. 9,754,317, Cl. **15**<br><br>Proposed by Defendant | Plain and ordinary meaning | **Meaning**: Plain and ordinary meaning<br><br>**Scope**: Indefinite | Not indefinite. Plain and ordinary meaning |
| "different"<br><br>U.S. Patent No. 8,442,550, Cls. 13, 14; U.S. Patent No. 9,183,584, Cl. 13; U.S. Patent No. 9,754,317, Cls. **15**, 17<br><br>Proposed by Defendant | Plain and ordinary meaning | **Meaning**: Plain and ordinary meaning<br><br>**Scope**: Indefinite | Not indefinite. Plain and ordinary meaning |
| "located at"<br><br>U.S. Patent No. 8,442,550, Cls. 13, 14; U.S. Patent No. 9,183,584, Cl. 13; U.S. Patent No. 9,754,317, Cl. 17; U.S. Patent No. 7,599,795, Cls. **1**, 7, **19**; U.S. Patent No. 8,473,199, Cls. **1**, 5, 7, **19**, 22<br><br>Proposed by Defendant | Plain and ordinary meaning | **Meaning**: Plain and ordinary meaning<br><br>**Scope**: Indefinite | Not indefinite. Plain and ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "outside"<br><br>U.S. Patent No. 9,002,371, Cl. 4; U.S. Patent No. 9,754,333, Cl. 10<br><br>Proposed by Defendant | Plain and ordinary meaning<br><br>Alternatively, "in the immediate vicinity of, but not inside" | **Meaning**: Plain and ordinary meaning<br><br>**Scope**: Indefinite | Not indefinite. Plain and ordinary meaning |
| "proximate to"<br><br>U.S. Patent No. 9,183,584, Cl. **12**; U.S. Patent No. 9,754,317, Cl. **15**; U.S. Patent No. 9,002,371, Cl. **1**; U.S. Patent No. 9,754,333, Cl. **7**<br><br>Proposed by Defendant | Plain and ordinary meaning<br><br>Alternatively, "in the immediate vicinity of" | **Meaning**: Plain and ordinary meaning<br><br>**Scope**: Indefinite | Not indefinite. Plain and ordinary meaning |
| "remote from"<br><br>U.S. Patent No. 9,183,584, Cl. **12**; U.S. Patent No. 9,754,317, Cl. **15**; U.S. Patent No. 9,002,371, Cl. **1**; U.S. Patent No. 9,754,333, Cl. **7**<br><br>Proposed by Defendant | Plain and ordinary meaning<br><br>Alternatively, "not in the immediate vicinity of" | **Meaning**: Plain and ordinary meaning<br><br>**Scope**: Indefinite | Not indefinite. Plain and ordinary meaning |