IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SMARTER AGENT, LLC, § § **Plaintiff,** § § v. § § REAL ESTATE WEBMASTERS, INC., § § **Defendant.** § § | Case No. 6:19-cv-00182-ADA Jury Trial Demanded |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Smarter Agent, LLC ("Smarter Agent") and Defendant Real Estate Webmasters, Inc. ("REW") hereby stipulate that all claims and defenses in this action be dismissed with prejudice, with each party to bear their own fees and costs.

Dated: March 28, 2022

*/s/ Matthew C. Holohan*
Robert R. Brunelli
   *pro hac vice*
Matthew C. Holohan
   *pro hac vice*
Scott R. Bialecki
   *pro hac vice*
Patrick A. Fitch
   *pro hac vice*
Stephanie N. McConkie
   *pro hac vice*
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Tel: (303) 863-2974
Fax: (303) 863-0223
rbrunelli@sheridanross.com
mholohan@sheridanross.com

Respectfully submitted,

*/s/ Gilbert A. Greene*
Gilbert A. Greene
   State Bar No. 24045976
W. Andrew Liddell
   State Bar No. 24070145
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Highway, Suite 300
Austin, TX 78746-5435
Tel: (512) 277-2300
Fax: (512) 277-2301
BGreene@duanemorris.com
WALiddell@duanemorris.com

*Attorneys for Defendants Real Estate Webmasters, Inc.*

sbialecki@sheridanross.com
pfitch@sheridanross.com
smcconkie@sheridanross.com

Jeffrey G. Toler
  State Bar No. 24011201
TOLER LAW GROUP
4709 Snake Eagle Cove
Bee Cave, TX 78738
Tel: (512) 925-8779
jtoler@tlgiplaw.com

Michael C. Smith
  State Bar No. 18650410
SCHEEF & STONE, LLP
113 E. Austin Street
Marshall, TX 75671
Tel: (903) 938-8900
Michael.smith@solidcounsel.com

*Attorneys for Plaintiff Smarter Agent LLC*

CERTIFICATE OF SERVICE

I certify that on March 28, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Lori R. Brown*
Lori R. Brown
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Tel: (303) 863-2974
Fax: (303) 863-0223
litigation@sheridanross.com